**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDUARDO GUDINO, *et al.,*                    )
                                             )
                    Plaintiffs,              )
                                             )
           v.                                )           No. 02 C 6248
                                             )
TOWN OF CICERO, *et al.,*                    )
                                             )
                    Defendants.              )

**RESPONSE OF PLAINTIFFS EDUARDO GUDINO AND OBDULIA PERALTA**
**TO THE INDIVIDUAL DEFENDANTS' STATEMENT OF MATERIAL FACTS**

The Plaintiffs, Obdulia Peralta, and Eduardo Gudino, by their attorney, Peter V.

Bustamante, pursuant to Rule 56 of the Rules of Civil Procedure and Rule 56.1(b)(3) of

the General Rules of the United States District Court for the Northern District of Illinois,

respond to the Individual Defendants' Statement of Uncontested Facts submitted in

support of the Individual Defendants' Motion for Summary Judgment:

**RESPONSE TO INDIVIDUAL DEFENDANTS' STATEMENT**

1.      Plaintiffs Gudino and Peralta adopt and incorporate by reference the

Duran Plaintiffs' answer to the Local Rule 56.1 Statement filed in *Duran v. Town of*

*Cicero,* 01 C 6858.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted in part.  The officers told Ms. Peralta and her guests "not to be

watching" what was going on at the Duran home across the street.   The officers told Ms.

Peralta and her guests they would arrest them or bring dogs, if they did not go inside Ms.

Peralta's house. (Peralta Dep. at 12). These officers swore at Ms. Peralta and her guests. (Peralta Dep. at 38). When the officer pushed Ms. Peralta and her guests, he pushed someone into Ms. Peralta, knocking her into a protruding nail on the brick wall of her home. (1st Am. Compl. par. 27; Peralta Dep. at 16, 17-18, 46,).

6.     Admitted in part. Ms. Peralta stated that Sgt Krummick was in the street, but Ms. Peralta was standing in front of her home, which is very close to the street. (Peralta Affidavit). Sgt. Krummick was close enough to stop the other officer's actions. (*Id.*).

7.     Admitted in part. On September 2, 2000, Mr. Gudino lived about three doors down from the Duran residence, but, across the street from the Duran residence. (Gudino Dep. at 10).

8.     Admitted.

9.     Admitted in part. Mr. Gudino came outside his home to video-record what the Cicero police officers were doing at the Duran home; however, Mr. Gudino was not on the Duran premises. (Gudino Dep. at 18-19).

10.    Admitted in part. Mr. Gudino testified that two policemen stopped him and told him his camera was confiscated. (Gudino Dep. at 19). Mr. Gudino further testified that two policemen punched him, and one of those two officers was Officer DeCianni. (Gudino Dep. at 19-20, 25-26). Mr. Gudino also testified that Officer DeCianni seized his video camera. (Gudino Dep. at 25-26).

**ADDITIONAL FACTS REQUIRING DENIAL OF SUMMARY JUDGMENT**

**Background**

1.     On Saturday, September 2, 2000, Alejandro Duran, and his wife, Maria, were celebrating the baptism of Jacquelin Duran, the daughter of Gonzalo Duran, with family and friends at 1322 South 51st Avenue, in Cicero, Illinois.  (Duran Dep. at 112). There were many women and children at this party.  (Cruz Dep. 02 C 6248 at 26).

2.     In front of the Duran home was a chain-link fence about four feet high. (Pineda Dep. at 45).

3.     Ruben Pineda, a guest at the Duran party, arrived at the Duran home at about 5:30 or 6:00 p.m. that evening.  (Pineda Dep. at 18).  At that time, there were approximately 50-70 people there.  (*Id.* at 27).  Many of these people were the Duran's relatives.  (*Id.* at 27-29).

4.     Mr. Eduardo Gudino lives across the street from the Duran home. (Gudino Dep. at 9-10).  Ms. Obdulia Peralta also lives across the street from the Duran home.  (Peralta Dep. at 29).  Mr. Onofre Barajas also lives across the street from the Duran home.  (Barajas Dep. at 6).

5.     Mr. Gudino and Ms. Peralta were not guests at the Duran premises on September 2, 2002.  Neither Mr. Gudino nor Ms. Peralta were on the Duran premises that night.  (Krummick Dep. 02 C 6248 at 56, 58; Peralta Dep. at 29-31, 34; Gudino Dep. at 8, 9, 11, 18).

6.     On September 2, 2000, Ms. Peralta had a party at her home; she had approximately 15 guests.  (Peralta Dep. at 18).  Ms. Peralta's home is very close to the street; she does not have a front yard.  (Peralta Affidavit).

7.      At approximately 9:45 p.m. on that evening, Mr. Barajas was sitting on the steps of his front porch.  (Barajas Dep. at 6).

**What Cicero Police Officers are Required to Do**

8.      Cicero police officers are not permitted to direct profanity, or swear at, civilians.  (Krummick Dep. 01 C 6858 at 43-44).  They are also required to report the misconduct of fellow officers.  (Krummick Dep. 01 C 6858 at 44).  Cicero police officers would have no legal reason to enter the Duran home.  (McMahon Dep. at 33).  Police officers are never to use "choke holds" on persons.  (DeCianni Dep. 01 C 6858 at 30).  Officer DeCianni testified that he would have no legal reason to take someone's video camera.  (DeCianni Dep. 02 C 6248 at 37).

**The First Time Cicero Police Officers Came to the Duran Home**

9.      The police came to the Duran home twice that evening.  The first time Cicero Police officers came to the Duran home, Officers DeCianni and Cruz were dispatched to the Duran home.  (Cruz Dep. 02 C 6248 at 2).

10.      Officer Cruz went through the alley to the back of the Duran home.  (Cruz Dep. 02 C 6248 at 16).  Officers Cruz and DeCianni saw women and children in the back of the Duran home.  (Cruz Dep. 02 C 6248 at 26; DeCianni Dep. 01 C 6858 at 2).  Officer Cruz spoke to a Hispanic man in the garage of the Duran home and said he wanted to talk to the owner.  He told this man to have the music lowered and cars moved out of the alley.  (Cruz Dep. 02 C 6248 at 19).

11.      The music was lowered and cars were moved.  (Cruz Dep. 02 C 6248 at 19).  Officer Cruz told Officer DeCianni that the people at the Duran home did

everything the officers asked of them and "we can get out of here."  (Cruz Dep. 02 C
6248 at 24).

**The Second Time the Police Came to the Duran Home**

### What Ms. Peralta and Mr. Gudino Saw in Front of the Duran Home

12.     Mr. Gudino was on the second floor of his house, when he heard a police
siren.  (Gudino Dep. at 10).  He looked out the window and saw Cicero police cars pull
up to the Duran residence.  (Gudino Dep. at 9-10).

13.     While he was sitting on the front steps to his house, Mr. Barajas saw
Cicero police cars pull up in front of the Duran home.  (Barajas Dep. at 6).

14.     When the police cars arrived, the people in front of the Duran home were
mostly children playing.  (Pineda Dep. at 44).  At that time, Mr. Pineda was standing in
front of the Duran home.  (Pineda Dep. at 48-50).

15.     Officers DeCianni and McMahon told the people that were in the Duran
front yard that there were there again for loud music.  (Gross Dep. at 19).

16.     When they entered the Duran premises, the officers were angry.  (Pineda
Dep. at 54).  One of the officers was carrying a stick, and he was hitting something, like a
wire, with the stick, while he was talking.  (Gudino Dep. at 9-10).

17.     The officers were screaming "fucking Mexicans" and "Mexican jag offs"
and "shut the fuck up."  (Duran Dep. at 55, 168, Pineda Dep. at 60).  Officer DeCianni
kept saying "shut the fucking party" and "Mexican motherfuckers."  (Duran Dep. at 188).

18.     The officers made these statements in front of the children who were
playing in front of the Duran home.  (Pineda Dep. at 70).  The officers were not speaking

to any particular person.  They were generalizing about everyone at the Duran home.
(Pineda Dep. at 65).

19.     Alejandro Duran kept telling the officers to calm down.  (Pineda Dep. at
84).  Mr. Pineda told the officers to calm down and relax.  He said," We will take care of
everything."  (Pineda Dep. at 52, 56, 57).  An officer responded, "You be quiet, stupid."
(Pineda Dep. at 54).

20.     At this point, the officers got even angrier.  (Pineda Dep. at 60).  The
officers started arguing with the people in the Duran home.  (Barajas Dep. at 21; Pineda
Dep. at 52; Krummick Dep. 01 C 6858 at 23-24).  The officers' voices were loud.
(Gudino Dep. at 41).

21.     People in the Duran back yard started coming to the front.  (Pineda Dep. at
60).  They were telling the police officers things like, "Stop it," and "Don't call me that."
(Barajas Dep. at 7).  Some people at the Duran home shouted, "Why were they taking
them to jail?"  (Gudino Dep. at 11).  They also shouted, "What are you guys doing?"
(Cruz Dep. 02- C6248 at 32-34).  Women started screaming at the officers to "calm
down."  (Pineda Dep. at 60).

22.     An officer walked across the street to Mr. Barajas and told him "Get inside
the house, Mexican jag off."  (Barajas Dep. at 11, 57).  At this point, Mr. Barajas decided
to video-record what was happening in front of the Duran home.   (Barajas Dep. at 10).

23.     Mr. Gudino saw that the police officers and the people at the Duran home
were getting agitated, so, he got out his video camera and started to record from his
window.  (Gudino Dep. at 11-12).  Mr. Gudino had a large VHS camcorder.  (Gudino
Dep. at 28).

24.     The officers hit people and they pushed people down. (Gudino Dep. at 16).

25.     One of the officers grabbed a man by his clothing and tried to drag him over the fence, into the street.  (Barajas Dep. at 6).  Another officer also grabbed that man and tried to drag him over the fence.  (Barajas Dep. at 21).  The man the police were dragging was not Gonzalo Duran.  (Barajas Dep. at 25).  An officer told people to "get inside the house, or, he would get the dogs."  (Barajas Dep. at 16).

26.     A few minutes later, more Cicero police officers arrived at the Duran home.  (Gudino Dep. at 41).

27.     Sgt. Krummick was the supervisor on the scene.  (Krummick Dep. at 47).  When he arrived, the police officers got ready to spray the people at the Duran home with pepper spray.[1]  (Pineda Dep. at 60-61).  Sgt. Krummick said, "Are you ready, let's go" and then the police came and started spraying the people at the Duran home with pepper spray.  (Pineda Dep. at 61).

28.     Mr. Pineda was the first person sprayed with pepper spray.  The officer that sprayed him was Officer DeCianni.  (Pineda Dep. at 61, 134).  Officer DeCianni sprayed directly in Mr. Pineda's face, three or four times, maybe more.  (*Id.*).

29.     Mr. Pineda's wife and children, who were behind him, started crying.  (Pineda Dep. at 61).  Mr. Pineda's wife and children were sprayed.  (Pineda Dep. at 61).  The officers sprayed children, adults, everyone.  (Pineda Dep. at 86; Gudino Dep. at 14-16).  They pushed pregnant women and threw the cake on the ground.  (Pineda Dep. at

---

[1] The word "mace" is used in some of the depositions in a generic sense.  The officers actually used pepper spray.  (*See, e.g.,* Vitalo Dep. 02 C 6248 at 35).

86-87). Mr. Gudino videotaped the officers spraying the people at the Duran home.

(Gudino Dep. at 18).

      30.     Officer DeCianni punched Mr. Pineda in the stomach three or four times

and sprayed him again with pepper spray. (Pineda Dep. at 93, 134). While he was

punching, Officer DeCianni said, "You motherfucker, I'm going to kill you right now."

(Pineda Dep. at 93, 134). He threw Mr. Pineda down the front stairs to the Duran home

and sprayed Mr. Pineda again. (Pineda Dep. at 94-95).

      31.     Officer McMahon sprayed pepper spray into a group of 20-25 people. He

said they were pushing him against the fence in the front yard. (McMahon Dep. at 29-30;

37-39).

      32.     Mr. Gudino left his house and stood by the fence at the side of his house

to video-record the events at the Duran home. (Gudino Dep. at 10).

      33.     From his house across the street, Mr. Gudino heard the policemen saying

that they were "going to take two guys out." (Gudino Dep. at 11).

      34.     The officers were just pushing people down. (Gudino Dep. at 11).

Women were screaming. (Harrison Dep. at 11).

      35.     Ms. Peralta and her guests heard people at the Duran home, across the

street from her home, screaming, as though someone was being hit. They also saw

policemen passing through her alley. She and her guests went outside and stood in front

of her home to see what was going on at the Duran home across the street. (Peralta Dep.

at 15, 29). Ms. Peralta's home does not have a front yard and part of it abuts the front

sidewalk. (Peralta Affidavit).

36.     Ms. Peralta and her guests saw Cicero policemen with billy clubs and spray cans in their hands.  (Peralta Dep. at 12, 45).  She and her guests saw the officers at the Duran home hitting people with their billy clubs.  (Peralta Dep. at 15).  These officers were beating on people.  (Peralta Dep. at 44, 45).  They were also spraying people. (Peralta Dep. at 45).  Children were screaming.  (Peralta Dep. at 15).

37.     From across the street, Ms. Peralta and her guests screamed at the officers not to do that; they said the police officer were wrong in doing what they were doing. (Peralta Dep. at 15).

**What Mr. Gudino saw in the Duran Back Yard**

38.     With all of the police cars in front of the Duran home, Mr. Gudino could not see clearly from across the street, at his home.  Mr. Gudino crossed the street to video-record from the home of the Duran's next-door neighbor, the neighbor to the south of the Duran home, near the gangway to the backyard of the Duran home.  He stood on a little stairway to the next-door neighbor's property, behind a pillar.  (Duran Dep. at 18, 48).  Mr. Gudino could see everything.  (Gudino Dep. at 15).

39.     Officer DeCianni pointed at Gonzalo Duran and told Sgt. Krummick that Gonzalo Duran threw a beer can at him, and that he wanted to arrest him.  (Krummick Dep. 01 C 6856 at 26-28).  According to Officer DeCianni, this beer can hit the sidewalk and burst, and then it bounced from the sidewalk, hitting Officer DeCianni's leg. (DeCianni Dep. 01 C 6858 at 35-38).

40.     Officer Kirby testified that Sgt. Krummick spoke with the person who "threw the beer bottle or can at Officer DeCianni."  (Kirby Dep. at 21).  According to Officer Kirby, Sgt. Krummick approached Gonzalo Duran and said, "Fella, can I speak

with you?" (Kirby Dep. at 23). In response, Gonzalo Duran went into the backyard of the Duran home, in a "controlled jog" via the gangway next to the Duran home. (Kirby Dep. at 23).

41.     Sgt. Krummick followed Gonzalo Duran through the gangway. (Kirby Dep. at 24). Officers DeCianni, Vitalo and McMahon followed Sgt. Krummick into the gangway. (Lewandowski Dep. at 36, Vitalo Dep. 02 C 6248 at 20). Officer Gross called for backup. (McMahon Dep. at 28).

42.     One of the officers who went through the gangway pushed a woman down with her baby. (Gudino Dep. at 14). Police officers also pushed two men and three ladies down in the gangway. (Gudino Dep. at 16-17).

43.     Mr. Gudino went into the back yard of the Duran's next-door neighbor and continued videotaping. (Gudino Dep. at 58-60). Mr. Gudino saw tables flying in the Duran back yard; the policemen were pushing anything down that was in their way. (Gudino Dep. at 16-17). The police were destroying everything. (Duran Dep. at 40). Women and children were screaming and crying. (Duran Dep. at 57, 91; Krummick Dep. 02 C 6248 at 40).

44.     A Cicero police officer emptied a whole can of pepper spray into Gonzalo Duran's face. (Duran Dep. at 100). Officer Vitalo then tackled Gonzalo Duran. (Vitalo Dep. 02 C 6248 at 23-24). Mr. Duran fell to the ground. (Duran Dep. at 93-94). Officer Vitalo admitted hitting Mr. Duran with his fists. (Vitalo Dep. 01 C 6858 at 60). Officer Vitalo admitted hitting Mr. Duran with his asp. (Vitalo Dep. 01 C 6858 at 60-61; Duran Dep. at 103-104). Officer Vitalo used his asp well-after he tackled Gonzalo Duran. (Vitalo Dep. 02 C 6248 at 36).

45.     Officer DeCianni had his arm around Gonzalo Duran's neck; he was tightening his hold and choking Mr. Duran. (Duran Dep. at 94, 99). Gonzalo thought the officer was trying to kill him, so, he bit Officer DeCianni's arm. (Duran Dep. at 99, 100). Mr. Duran could not resist the officers; there were too many policemen. (Duran Dep. at 95, 102).

46.     Detective Sirgedas handcuffed Gonzalo Duran. (Vitalo Dep. 02 C 6248 at 30). Officers Vitalo and DeCianni escorted Gonzalo Duran out of the Duran backyard once he was securely handcuffed. (Krummick Dep. 02 C 6248 at 45).

47.     More police officers pulled up. (Kratchovil Dep. at 18). Police officers from other municipalities, including the City of Chicago, arrived. (Vitalo Dep. 02 C 6248 at 69).

**What the Cicero Police Officers Did Inside the Duran Home**

48.     After being sprayed with pepper spray, Mr. Pineda went into the basement of the Duran home to get water to cool his burning eyes. (Pineda Dep. at 95). He then went to the second floor of the Duran home. (Pineda Dep. at 98). While Mr. Pineda was on the second floor, Cicero police officers broke down the front door to the Duran home. (Gudino Dep. at 12-13, Pineda Dep. at 102). Several officers went into the Duran home. (Barajas Dep. at 9, 11).

49.     The officers came up to the second floor of the Duran home with their guns out in their hands. (Pineda Dep. at 124). Then, they started arresting people who were in the Duran home. (Pineda Dep. at 106).

50.     After the officers went inside the house, Mr. Barajas could not see the officers, but, he heard women screaming. He heard something that sounded like the

officers were breaking glass and chairs. (Barajas Dep. at 47-48, 58). Officer McMahon broke the front window to the Duran home when he struggled with Armando Duran. (McMahon Dep. at 50, 55).

51.     After Gonzalo Duran was placed in a squadrol, Officer DeCianni went through the gangway to the front of the Duran home. (DeCianni Dep. 02 C 6248 at 31).

**The Aftermath**

52.     As Officer Harrison approached the Duran home, he heard the sound of women screaming coming from the rear of the Duran home. (Harrison Dep. at 11). A few male Cicero police officers and some women were coming out of the gangway, waving air at their faces to relieve the burning from pepper spray. (Harrison Dep. at 11-12).

53.     When he arrived that the Duran home, Officer Kratchovil saw some Cicero officers telling people that they had to leave the house. (Kratchovil Dep. at 18). Officer Kratchovil went through the gangway into the Duran backyard and into the alley. (Kratchovil Dep. at 20). In the gangway, Officer Kratchovil smelled pepper spray. (Kratchovil Dep. at 21).

54.     Some of the women and children at the Duran home needed medical attention because they had been sprayed with pepper spray. (Krummick Dep. 02 C 6248 at 40-41, Cruz Dep. 02 C 6248 at 46). A little elderly woman complained to Officer Cruz that she had chest pains. (Cruz Dep. 02 C 6248 at 47). Officer Jimenez complained to Officer Cruz that he could not breathe because of the pepper spray. (Cruz Dep. 02 C 6248 at 71-72 ).

55.     Officer Harrison took people to ambulances on the North and South corners of 51st Streets (13th and 14th Street corners) for medical treatment.  (Harrison Dep. at 13).  He accompanied three police officers, two women, and another woman, who had a young child.  (Harrison Dep. at 17).  To Officer Harrison, it appeared that the officers and the women had been sprayed with pepper spray.  (Harrison Dep. at 18).  People were being carried away from the Duran home in stretchers.  (Gudino Dep. at 25).  A lot of people were crying.  (*Id.*).

56.     Mr. Gudino did not see any of the Duran guests fighting or interfering with the police.  (Gudino Dep. at 16).  He did not see anyone throw anything at an officer.  (Gudino Dep. at 18).

57.     Officer Gross and another officer arrested Heriberto Uribe, Sebastian Rivera and Juan Rivera because they would not leave the front area of the Duran home.  (Gross Dep. at 51-52).  These three gentlemen were on private property at the time.  (Gross Dep. at 49-50).

**Mr. Gudino's Experiences with the Cicero Police**

58.     After video-recording what the Cicero police officers were doing, Mr. Gudino started to move away from the next-door neighbor's backyard.  (Gudino Dep. at 19).  Mr. Gudino ran in the direction away from the Duran home, down the street.  (Gudino Dep. at 26).  Two Cicero police officers chased Mr. Gudino down and caught up with him in front of the second house down the street from the Duran home.  (Gudino Dep. at 19, 26).

59.     The two officers told Mr. Gudino that his camera was confiscated.  (Gudino Dep. at 19).   The officers were very angry.  (Gudino Dep. at 27).  Mr. Gudino

asked him why, it was Mr. Gudino's camera. (Gudino Dep. at 19). One officer said "That is none of your business, either you give me the camera, or we're going to take it from you." (Gudino Dep. at 19).

60. The fat officer punched Mr. Gudino in the stomach. (Gudino Dep. at 19-20). Then, the other officer started to hit Mr. Gudino, but, Mr. Gudino used his camera to block the blows from the officer. (Gudino Dep. at 20). Both officers grabbed Mr. Gudino's hands. (Gudino Dep. at 20). Officer DeCianni took Mr. Gudino's camera. (Gudino Dep. at 25-26). Mr. Gudino pulled free of the police officers and ran away. (Gudino Dep. at 20).

61. The two officers that punched Mr. Gudino were DeCianni and Cruz. (Gudino Dep. at 21; Gudino Affidavit).

62. A few days later, Mr. Gudino went to the Cicero Police Department and reported that an officer had taken his video camera. (Gudino Dep. at 75). No one asked Mr. Gudino to identify the officer that took his video camera. (Gudino Dep. at 75-76).

63. After the incident on September 2, 2000, Mr. Gudino was stopped by the Cicero police four or five times. (Gudino Dep. at 30). He never received a traffic ticket. (Gudino Dep. at 28). Due to this incident, Mr. Gudino has become very afraid of police officers. (Gudino Dep. at 32-33).

**Ms. Peralta's Experiences with the Cicero Police Department**

64. When Ms. Peralta was standing in front of her home with a group of her guests (the "Peralta Group"), two Cicero police officers came across the street to Ms. Peralta's property. One of these officers was Sgt. Krummick. (Krummick Dep. 01 C 6858 at 43; Peralta Dep. at 29-31, 34). According to Sgt. Krummick, Ms. Peralta and her

14

guests were not doing anything wrong or interfering with the police.  (Krummick Dep. 02 C 6248 at 56, 58).

65.     The officers would not let anybody see what was happening at the Duran home.  (Peralta Dep. at 40). They told the Peralta group to go inside; they said "not to be watching" what was going on across the street at the Duran home.  (Peralta Dep. at 12). These officers said that they would arrest the Peralta Group or bring dogs, if they did not go inside.  (Peralta Dep. at 12).  The officers also swore in English at the Peralta group. (Peralta Dep. at 38).  Before or after each vulgarity directed to the Peralta Group Sergeant Krummick used the word Mexican.  (Peralta affidavit).

66.     One of the two officers shoved the Peralta group against the brick wall of the Ms. Peralta's house.  (Peralta Dep. at 16, 17-18, Peralta affidavit).  The officer said some vulgar things in English when he was pushing.  (Peralta Dep. at 17-18).  When he shoved the Peralta group, that officer pushed someone into Ms. Peralta, knocking her into a protruding nail on the brick wall of her home.  (Peralta Dep. at 46, 16, 17-18; 1st Am. Compl. par. 27, Peralta affidavit).

67.     While Sgt. Krummick was in the street when the other officer pushed the mass of people.  Sgt. Krummick was close enough to the group of people to prevent the other officer from pushing and injuring Ms. Peralta and her guests.  (Peralta Affidavit).

68.     Ms. Peralta felt the impact and she rubbed her back to see what was happening.  Blood was on her hand.  (Peralta Dep. at 17).  As a result, Ms. Peralta has a 4-inch, horizontal scar on her back in the shoulder area.  (Peralta Dep. at 14).  Due to this incident, Ms. Peralta has become very frightened of policemen.  (Peralta Dep. at 40).

69.     Ms. Peralta never saw anyone at the Duran home throw anything at an officer.  She did not see anyone at the Duran home punch or hit an officer.  (Peralta Dep. at 46).

The following materials are attached hereto:

(a)     Duran Deposition

(b)     Cruz Deposition 02 C 6248

(c)     Cruz Deposition 01 C 6858

(d)     Pineda Deposition

(e)     Gudino Deposition

(f)     Peralta Deposition

(g)     Krummick Deposition 02 C 6248

(h)     Krummick Deposition 01 C 6858

(i)     Barajas Deposition

(j)     McMahon Deposition

(k)     DeCianni Deposition 01 C 6858

(l)     DeCianni Deposition 02 C 6248

(m)     Cruz Deposition 02 C 6248

(n)     Cruz Deposition 01 C 6858

(o)     Gross Deposition

(p)      Kirby Deposition

(q)     Vitalo Deposition  02 C 6248

(r)     Vitalo Deposition  01 C 6858

(s)     Kratchovil Deposition

16

(t)     Harrison Deposition

(u)     Gudino Affidavit

(v)     Peralta  Affidavit

                                    Respectfully Submitted,

**DATED: October 31, 2005**             **Eduardo Gudino and Obdulia Peralta,**


                                    /s/    Peter V. Bustamante


Peter V. Bustamante
150 North Michigan Avenue
Suite 690
Chicago, Illinois 60601
(312) 346-2072

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused true and accurate copies of the **Plaintiff's Rule 56.1(b)(3) Statement,** to be served on the following counsel of record by email and by uploading the same onto the CM/ECF system on October 31, 2005:

Barry A. Spevack
Monico Pavich & Spevack
20 South Clark Street - Suite 700
Chicago, Illinois 60603

Nicholas Geanopoulos
The Vrdolyak Law Group, LLC
741 North Dearborn Street
Chicago, Illinois 60610

Steven J. Seidman
Law Office of Steven J. Seidman
20 South Clark Street - Suite 700
Chicago, Illinois 60603

David A. Cerda
Cerda & Associates
333 West Wacker Drive - Suite 510
Chicago, Illinois 60606

/s/      Peter V. Bustamante

Peter V. Bustamante
150 North Michigan Avenue
Suite 690
Chicago, Illinois 60601
(312) 346-2072

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EDUARDO GUDINO and OBDULIA PERALTA, )

        Plaintiffs, )

v. )     No. 02 C 6248

TOWN OF CICERO, et al., )     The Honorable John F. Grady
                                  )     Judge, Presiding

        Defendants. )

## AFFIDAVIT OF EDUARDO GUDINO

1.    My name is Eduardo Gudino. If called upon as a witness I can testify to the following from my personal knowledge.

2.    I am over 21 years of age. I am under no disability that would prevent me from testifying.

3.    On September 2, 2000, I saw Cicero Police Officers beating up civilians at the Duran home.

4.    I took out my video camera, loaded a video tape and started video taping the Cicero Police Officers actions.

5.    I never went in to the Duran property, but video taped from the neighbor's home, the neighbor's back yard, and from the street.

6.    Two Cicero Police Officers saw me and chased me.

7.    After seeing photographs of the Cicero Police Officers, I now know that these officers were Waldemar Cruz and Robert Dicianni.

8.    Officer's Cruz and Dicianni chased me and demanded my video camera.

9.     I refused to turn over my video camera and I was punched by Officers Cruz and Dicianni.

10.     Officer Dicianni pulled my video camera away from me and took it away from me.

Further Affiant Sayeth Naught.

## CERTIFICATION

The undersigned, being first duly sworn on oath, states that the above and foregoing statements are true and correct to the best of his knowledge and belief.

2-23-05
**Date**

*Eduardo Gudino*
**Eduardo Gudino**

The undersigned certifies that he truly and accurately translated the above and foregoing statements to Eduardo Gudino from English to Spanish prior to him signing them.

2-23-5
**Date**

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 23 DAY
OF FEBRUARY 2005

NOTARY PUBLIC

TODD NEAL
NOTARY
PUBLIC
STATE OF COLORADO

ISS: 10/21/2004
EXP: 10/21/2008

Peter V. Bustamante
Attorney at Law
1 North LaSalle Street
Suite 2300
Chicago, Illinois 60602
(312) 346-2072

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EDUARDO GUDINO and OBDULIA PERALTA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 02 C 6248 |
| ) | |
| TOWN OF CICERO, et al., ) | The Honorable John F. Grady |
| ) | Judge, Presiding |
| Defendants. ) | |

### AFFIDAVIT OF OBDULIA PERALTA

1.  My name is Obdulia Peralta. If called upon as a witness I can testify to the following from my personal knowledge.

2.  I am over 21 years of age. I am under no disability that would prevent me from testifying.

3.  On September 2, 2000, I saw Cicero Police Officers beating up civilians at the Duran home across the street from my house.

4.  I stood on the sidewalk just outside my home. With me were several of my relatives and friends.

5.  We started yelling at the Police Officer not to beat up innocent women and children.

6.  A Cicero Police Officer in a white shirt came over to us and ordered us to get inside the house.

7.  After seeing photographs of the Cicero Police Officers, I now know that the Cicero Police Officer in the white shirt was Sergeant Krummick.

8.  Sergeant Krummick was yelling at us to get inside, not to watch or otherwise we would be arrested and he would bring dogs. Sergeant Krummick was using vulgarities in

English, which I was yelling at us. I did not remember exactly what the vulgarities were, but before or after the vulgar words Sergeant Krummick said the word Mexican. I could tell by the tone of his voice and by what he said that he was swearing at me.

9.       The front of my house comes right to the sidewalk, except for a small area by the gangway. A few feet into the gangway there is a metal fence.

10.      When Sergeant Krummick yelled at us, I stepped back the sidewalk onto the gangway area.

11.      Another Cicero Police Officer that was with Sergeant Krummick came to us and started shouting vulgarities and ordered us inside the house.

12.      Sergeant Krummick was present and near that officer when this occurred. Sergeant Krummick was close enough to stop the Officer acts, but Sergeant Krummick did not stop that officer, he did not call him back, and he did not order that officer to refrain from using vulgarities.

13.      When we did not move, the Cicero Police Officer, in the presence of Sergeant Krummick, violently pushed the group of people I was in toward the brick wall of my house.

14.      The whole group was pushed back and I was pushed against the brick wall of my house.

15.      On the wall was a protruding nail which cut me in the upper back.

16.      I was conducting myself peacefully and other than watching the Cicero Police Officer's acts at the Duran home and expressing my disapproval of the beatings, I had done nothing else to incite or invite the act of pushing us.

Further Affiant Sayeth Naught.

2

# CERTIFICATION

The undersigned, being first duly sworn on oath, states that the above and foregoing

statements are true and correct to the best of her knowledge and belief.

_2-24-05_
**Date**

_Obdulia Peralta_
**Obdulia Peralta**

The undersigned certifies that he truly and accurately translated the above and foregoing

statements to Obdulia Peralta from English to Spanish prior to her signing them.

_2-24-05_
**Date**

_Fernando M. Bustos_

SUBSCRIBED AND SWORN TO
BEFORE ME THIS $24^n$ DAY
OF FEBRUARY 2005

NOTARY PUBLIC

OFFICIAL SEAL
**PETER V. BUSTAMANTE**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-23-2006

Peter V. Bustamante
Attorney at Law
1 North LaSalle Street
Suite 2300
Chicago, Illinois 60602
(312) 346-2072

3